**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| CASSANDRA BYERS | : | |
| | : | JURY DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 1:20-cv-00322 |
| | : | |
| WALMART, INC. | : | |
| | : | |
| Defendant. | : | ____ |

**STIPULATION OF DISMISSAL**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action. All

parties are to bear their own costs.

**THE LAW OFFICES OF ERIC**                    **LITTLER MENDELSON**
**A. SHORE, P.C.**

                                               /s/ *Allison Brown*
                                                   Allison Brown, Esq.
/s/ *Kayla H. Drum*                                625 Liberty Avenue
    Kayla H. Drum, Esq.                            26th Floor
    Two Penn Center                                Pittsburgh, PA 15222
    1500 JFK Boulevard, Ste. 1240                  *Attorney for Walmart*
    Philadelphia, PA 19102
    *Attorney for Plaintiff*
                                               Date: May 5, 2021

Date: May 5, 2021


    It is so ordered.



_____
    United States District Judge